UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

    Petitioner,

v.

JAMES B. SAUERS, M.D.,

    Respondent

Case No. 1:05MC019

Judge Gaughan

### PETITIONER'S MOTION TO DISMISS

The matters between the parties in this action having been resolved, the Petitioner hereby requests that this action be dismissed, with each party to bear its own costs.

Respectfully submitted,

PATRICK L. DEPACE
Trial Attorney

U.S. Department of Labor
881 Federal Office Building
1240 East Ninth Street
Cleveland, Ohio 44199
(216) 522-3874
(216) 522-7172 facsimile
depace-patrick@dol.gov

OF COUNSEL:

HOWARD RADZELY
Solicitor of Labor
JOAN E. GESTRIN
Regional Solicitor
BENJAMIN T. CHINNI (0025356)
Associate Regional Solicitor

So Ordered.
/s/ Patricia A. Gaughan
9/15/05